Mark T. Domeyer, Esq.
CA Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 08-78463

Attorneys for Secured Creditor
COUNTRYWIDE HOME LOANS, INC.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In Re,<br>STEPHANIE L. MELLO,<br><br>Debtor(s). | BK No.: 08-44732 LT<br><br>Chapter 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, COUNTRYWIDE HOME LOANS, INC., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Mark T. Domeyer, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    1665 Scenic Avenue, Suite 200
    Costa Mesa, CA 92626
    PH (714) 481-9100

Dated: 10/10/08          MILES, BAUER, BERGSTROM & WINTERS, LLP

                                     By:    /s/ Mark T. Domeyer
                                                  Mark T. Domeyer, Esq.
                                                  Attorney for Secured Creditor

(08-78463/ndrfsn.dot/prl)