| | |
|---|---|
| 1 | EDWARD A. TREDER |
| 2 | State Bar No. 116307 |
|   | BARRETT DAFFIN FRAPPIER |
| 3 | TREDER & WEISS, LLP |
|   | 917 S. Village Oaks Drive, Suite 200 |
| 4 | Covina, California 91724 |
|   | (626) 915-5714 – Phone |
| 5 | (626) 915-0289 - Fax |
|   | File No. 991349 |
| 6 | ndcaecf@bdftw.com |

Attorney for Movant
CENTURY 21 MORTGAGE, its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:<br>STEPHANIE L. MELLO,<br><br><br>Debtor. | CASE NO.: 08-44732 LT-13 |
|---|---|
| | CHAPTER: 13 |
| | R.S. NO.: EAT-314 |
| | CERTIFICATION OF SERVICE OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | DATE: December 19, 2008<br>TIME: 11:00 a.m.<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 201, Second Floor<br>1300 Clay Street<br>Oakland, California |

I, the undersigned, declare that I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within entitled action. My business address is 917 S. Village Oaks Drive, Suite 200, Covina, California 91724.

On December 23, 2008, I served a proposed Order Granting Motion for Relief from the Automatic Stay, on all interested parties in said case, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Covina, California, addressed as follows:

1
CERTIFICATION OF SERVICE OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1     SEE ATTACHED SERVICE LIST.

2

3     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4

5

6 Dated: December 23, 2008          By: *Virginia Wilbanks*
VIRGINIA WILBANKS

CERTIFICATION OF SERVICE OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

# SERVICE LIST

**DEBTOR**
STEPHANIE L MELLO
2025 DATE STREET
CONCORD CA 94519

**DEBTOR**
STEPHANIE L MELLO
2085 HIGHVIEW COURT #1
RENO NV 89512

**ATTORNEY FOR DEBTOR**
PATRICK L FORTE
LAW OFFICES OF PATRICK L FORTE
1 KAISER PLAZA #480
OAKLAND CA 94612-3610

**CHAPTER 13 TRUSTEE**
MARTHA G BRONITSKY
P O BOX 5004
HAYWARD CA 94540-5004

**UNITED STATES TRUSTEE**
OFFICE OF THE U.S. TRUSTEE/OAKLAND
1301 CLAY STREET #690N
OAKLAND CA 94612

**CREDITOR**
COUNTRYWIDE
450 AMERICAN STREET
SIMI VALLEY CA 93065