```
1   PATRICK L. FORTE
    State Bar #80050
2   CORRINE BIELEJESKI
    State Bar #244599
3   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
4   Oakland, CA 94612
    Telephone: (510) 465-3328
5   Facsimile: (510) 763-8354

6   Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 |
|---|---|
| STEPHANIE L. MELLO, | No. 08-44732 LT13 |
| Debtor. | **MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF DEADLINE TO REQUEST A HEARING** |

The above named debtor requests that her Chapter 13 Plan be modified as follows:

Debtor shall pay the sum of $200.00 per month commencing September, 2009. Debtor has surrendered the real property located at 2025 Date St., Concord, CA 94519 and the claims of Countrywide and the Contra Costa County Tax Collector shall be treated as unsecured claims from and after September 1, 2009. Unsecured, non-priority claims shall be paid zero (0%) per cent. Any plan arrearages shall be forgiven.

The modification is sought on the following grounds:

Debtor has surrendered her residence from which she operated a home care facility.

NOTICE IS HEREBY GIVEN:

(i) That Local Rule 9014-1 of the United States Bankruptcy Court

1 for the Northern District of California prescribes the procedures to be
2 followed and that any objection to the requested relief, or a request for
3 hearing on the matter must be filed and served upon the undersigned
4 within twenty (20) days of mailing of this notice;

5    (ii) That a request for hearing or objection must be accompanied by
6 any declarations or memoranda of law the party objecting or requesting
7 wishes to present in support of its position;

8   (iii) That if there is not a timely objection to the requested relief
9 or a request for hearing, the Court may enter an order granting the
10 relief by default; and

11   (iv) That the undersigned will give at least ten (10) days written
12 notice of hearing to the objecting or requesting party, and to any
13 trustee or committee appointed in the case, in the event an objection or
14 request for hearing is timely made.

15    Dated: August 26, 2009.

17                                        /s/ Patrick L. Forte
                                          Patrick L. Forte
18                                           Attorney for Debtor