ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Stephanie L. Mello,<br><br>            Debtor. | Bankruptcy Case No. 08-44732<br><br>RS No.   ETL - 853<br><br>Chapter 13 |
| PHH Mortgage Corporation, and its successors and/or assignees,<br><br>            Movant,<br><br>vs.<br><br>Stephanie L. Mello, Debtor, and Martha G. Bronitsky, Trustee,<br><br>            Respondents. | **PHH MORTGAGE'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br><u>HEARING DATE</u>:<br>DATE:  June 1, 2011<br>TIME:  1:30pm<br>CTRM:  201 |

**TO THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

      PHH Mortgage Corporation, and its successors and/or assignees ("PHH Mortgage"), hereby moves this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant in the above-entitled and numbered case so that Movant may commence and continue acts necessary to enforce its security interest in real property commonly known as 3308 Green Ridge St. Fort Worth Texas, 76133.

      Debtor in the above numbered Chapter 13 Case has failed to make post-petition payments.

| | |
|---|---|
| 1 | |
| 2 | This Motion is based upon the attached Declaration and the Memorandum of Points and |
| 3 | Authorities attached hereto, as well as upon the documents filed in support of the Motion. |
| 4 | DATED: May 11, 2011     Respectfully Submitted, |
| 5 | MALCOLM ♦ CISNEROS, A Law Corporation |
| 6 | |
| 7 | By: /s/ *Erica T. Loftis*<br>ERICA T. LOFTIS |
| 8 | Attorneys for Movant |