```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-44732 RLE** |
| **STEPHANIE L. MELLO,** | **Chapter 13** |
| Debtor. | **DECLARATION OF PATRICK L. FORTE IN SUPPORT OF DEFAULT ORDER SUSTAINING OBJECTION TO CLAIM #16 OF CITIMORTGAGE** |
| _____/ | |

On April 25, 2011, the Objection to Claim #16 and notice thereof was served on the Claimant. More than twenty-one (21) days have elapsed since such service, and no objection or request for a hearing has been filed and served.

The Debtor prays for an Order sustaining her objection to the above Claim.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 18, 2011, at Oakland, California.

/s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtor