```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-44732 RLE |
| **STEPHANIE L. MELLO,** | Chapter 13 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On May 27, 2011, I served the within;

**OBJECTION TO CLAIM #16 OF CITIMORTGAGE AND OPPORTUNITY FOR HEARING**

on the below-named in this action electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee     U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with certified postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**Attn: Officer
Citibank, NA
3900 Paradise Road, Suite 127
Las Vegas, NV 89109**

*///*

*///*

*///*

**Attn: Officer
Citibank (South Dakota), N.A.
701 East 60th Street North
Sioux Falls, SD 57104**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**Attn: Officer
CitiMortgage, Inc.
PO Box 140609
Irving, TX 75019-0609**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 27, 2011

                          /s/ Joe P. Segura
                          JOE P. SEGURA