Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward,CA 94545-1541
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

In Re

Stephanie L Mello

Chapter 13 Case Number:
08-44732-RLE13

Debtors(s)

**ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS**

The Trustee represents that as of September 13, 2011, all the payments owed by the

above named debtor(s) in the Chapter 13 Case filed on August 29, 2008 and confirmed by

the Court, have been paid.

DATE: September 26, 2011

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee